CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GENERAL GROWTH PROPERTIES, INC.,
a Delaware corporation, )
)
)
Plaintiff )
)
v. )                Civil Action No. _____
GORDON GLENN, JOHN McLAUGHLIN, )
and THOMAS FITZPATRICK, )
Defendants )
)
)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  General Growth Properties, Inc.  ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of General Growth Properties, Inc.  , which have any outstanding securities

in the hands of the public. General Growth Properties, Inc. _____

_____

_____

These representations are made in order that judges of this court may determine the need for
recusal.

Attorney of Record

| | |
|---|---|
| | Signature |
| 454990 | Alexander J. May |
| Bar Identification Number | Print Name |
| | Brassel & Baldwin, P.A. |
| ° | 112 West Street |
| | Address |
| | Annapolis      MD      21401 |
| | City      State      Zip |
| | (410) 216-7900 |
| | Telephone Number |