## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GENERAL GROWTH PROPERTIES,          *
Inc.
                                    *
    **Plaintiffs**
                                    *          **Case No. 1:05CV01436**
v.
                                    *          **Judge Ricardo M. Urbina**
GORDON GLENN, JOHN MCLAUGHLIN
and THOMAS FITZPATRICK              *

    **Defendants**                  *

        *     *     *     *     *     *     *

### MOTION FOR ADMISSION *PRO HAC VICE*

Alexander J. May, a member of the bar of the United States District Court for the District of Columbia, moves pursuant to LCvR 83.2(d) for admission *Pro Hac Vice* of Eric N. Macey, as counsel for Respondent, General Growth Properties, Inc.  In support of this Motion, Movant states and the non-member makes the following declaration:

1.     Mr. Macey's office address is Novack and Macey, LLP, 100 N. Riverside Plaza, Chicago, IL 60606 and his phone number is 312-419-6900.  Mr. Macey was admitted to the Illinois bar in 1978.  Mr. Macey also has been admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Eastern District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit in and the Eleventh Circuit.  He is a

member in good standing of the Illinois bar and has never been disciplined by any bar.

2.      Mr. Macey has never appeared in this Court. Mr. Macey does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia bar, and does not have an application for membership pending.

3.      Mr. Macey recognizes that *Pro Hac Vice* admission is designed to allow attorneys to infrequently appear in this Court and to do so without the necessity of going through the more formal admission requirements. He further agrees to apply for formal admission in the event he desires to appear regularly in this Court.

4.      If *Pro Hac Vice* is granted, Mr. Macey may appear without the presence of admitted counsel; however, all pleadings prepared by the attorney being admitted *Pro Hac Vice* must be signed by an admitted counsel before filing with the Court.

5.      Mr. Macey understands that if this Motion is granted, he will be subject to the disciplinary rules of this Court.

6.      Mr. Macey has read and is familiar with the Rules of the United States District Court for the District of Columbia as well as the Federal Rules of Civil Procedure.

7.      Mr. Macey is familiar with the instant case, and it would create substantial hardship to the client if he were not allowed to appear as counsel.

- 3 -

WHEREFORE, Eric N. Macey respectfully requests that this Court grant his Motion and allow him to appear as counsel of record in the instant matter.

CONSENTED TO:


/s/ Alexander J. May                                 /s/Eric N. Macy_____
Alexander J. May, Bar #454990            Eric N. Macey
Brassel & Baldwin, P.A.                        Novack and Macey LLP
112 West Street                                     100 North Riverside Plaza
Annapolis, MD  21401                          Chicago, IL  60606
410-974-9200                                        312-419-6900

## STATEMENT OF POINTS AND AUTHORITIES

LCvR 83.2(d)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of July, 2005, a copy of the foregoing Motion for Admission *Pro Hac Vice* and proposed Order were served with the Complaint and Summons on Defendants Gordon Glenn, John McLaughlin and Thomas Fitzpatrick.


/s/Alexander J. May
Alexander J. May

C:\GENERAL GROWTH\PRO HAC VICE MOT - MACEY