IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENERAL GROWTH PROPERTIES, Inc.** | * |
| | * |
| **Plaintiffs** | |
| | *   Case No. 1:05CV01436 |
| v. | |
| | *   Judge Ricardo M. Urbina |
| **GORDON GLENN, JOHN MCLAUGHLIN and THOMAS FITZPATRICK** | * |
| | |
| **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Respondent's Motion for Admission *Pro Hac Vice* and any responses filed thereto, it is this ____ day of _____, 2005, by the United States District Court for the District of Columbia, hereby ORDERED:

1. That the motion is **GRANTED**; and

2. That Vincent M. Roche be specially admitted to the Bar of the United States District Court for the District of Columbia for the limited purpose of appearing and participating in this case as counsel for Respondent; and further,

3. That the requirement that District of Columbia counsel accompany Vincent M. Roche during court proceedings is waived.

_____
Judge, United States District Court for the
District of Columbia

C:\GENERAL GROWTH\PRO HAC VICE ORD - ROCHE