IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GENERAL GROWTH PROPERTIES, INC.

    Plaintiff

v.                                      CASE NO. 1: 05CV-1436

GORDON GLENN, JOHN McLAUGHLIN
AND THOMAS FITZPATRICK
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Thomas Fitzpatrick. at __2305 Tufton Springs Lane, Reisterstown, Md 21136__ on __July 24, 2005__ at __7:00__ a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

_[signature]_
Signature

Printed Name: __Nick Warfield__
Address: __40 Jamar Drive__
City/State/Zip: __Severna Park, Md 21146__

Phone No. __410- 544- 4546__