## IN THE UNITED STATES DISTRICT COURT
### District of Columbia

GENERAL GROWTH PROPERTIES, INC.

    Plaintiff

v.                                            CASE NO. 1:05CV01436

GORDON GLENN, JOHN McLAUGHLIN
AND THOMAS FITZPATRICK
    Defendants

************************************************************************

### AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Gordon Glenn at __100 Ridgewood Road, Baltimore, Md 21210__ on __July 30, 2005__ at __12:15__ a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

_[signature]_
Signature

Printed Name: Nick Warfield
Address:      40 Jamar Drive
City/State/Zip: Severna Park, Md 21146
Phone No.    410-544-4546