IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GENERAL GROWTH PROPERTIES, INC.

   Plaintiff

v.                                                              CASE NO. 1: 05CV-1436

GORDON GLENN, JOHN McLAUGHLIN
AND THOMAS FITZPATRICK
   Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER**

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon John McLaughlin at 5175 Harpers Farm Road, Columbia, Md 21044 on July 24, 2005 at 7:40 a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

_____
Signature

Printed Name: Nick Warfield
Address:      40 Jamar Drive
City/State/Zip: Severna Park, Md 21146

Phone No.    410- 544- 4546