THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| General Growth Properties, Inc.  )<br>                                )<br>            Plaintiff,             )<br>v.                              )<br>                                )<br>Gordon Glenn, John McLaughlin   )<br>and Thomas Fitzpatrick,         )<br>                                )<br>            Defendants          )<br>                                ) | Case No. 1:05CV01436 |

## ORDER

Upon consideration of Defendants Motion to Dismiss and Compel Arbitration, and Plaintiff's opposition thereto, it is, by this Court, this ___ Day of ____, 2005,

ORDERED that Defendants Motion to Dismiss and Compel Arbitration is GRANTED; and further,

ORDERED that the Complaint be dismissed; and it is further

ORDERED that, to the extent Plaintiff intends to assert that counsel representing the defendants in a pending arbitration are subject to disqualification, such assertion must be presented for decision in the pending arbitration.

_____
Ricardo M. Urbina
Judge, United States District Court for the
District of Columbia