IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENERAL GROWTH PROPERTIES, )<br>INC., a Delaware corporation )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>GORDON GLENN, JOHN McLAUGHLIN, )<br>and THOMAS FITZPATRICK )<br> )<br>    Defendants. ) | Case No. 1:05CV01436<br><br>Judge Ricardo M. Urbina |

## ORDER

Upon consideration of Defendants' Motion to Compel Arbitration and Dismiss Complaint, and Plaintiff's opposition thereto, it is, by this Court, this ___ Day of _____, 2005:

ORDERED that Defendants' Motion to Compel Arbitration and Dismiss Complaint is DENIED.

_____
Ricardo M. Urbina
Judge, United States District Court for the
District of Columbia