# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENERAL GROWTH PROPERTIES,** Inc. | * |
| | * |
| **Plaintiffs** | |
| | *  Case No. 1:05CV01436 |
| v. | |
| | *  Judge Ricardo M. Urbina |
| **GORDON GLENN, JOHN MCLAUGHLIN** and **THOMAS FITZPATRICK** | * |
| | |
| **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*

## LINE STRIKING AND ENTERING APPEARANCE

Please strike the appearance of Brassel & Baldwin, P.A. and enter the appearance of Brassel, Baldwin, Kagan & May, P.A., 112 West Street, Annapolis, Maryland 21401, as attorneys for General Growth Properties, Inc. in this case.

BRASSEL, BALDWIN, KAGAN & MAY, P.A.


By: /s/Alexander J. May
Alexander J. May
Bar #454990
112 West Street
Annapolis, MD 21401
410-216-7900
410-974-9241 (FAX)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2005, a copy of the foregoing Line was served on all counsel of record.

- 2 -

/s/Alexander J. May
Alexander J. May