IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENERAL GROWTH PROPERTIES,  )<br>INC., a Delaware corporation  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GORDON GLENN, JOHN McLAUGHLIN,  )<br>and THOMAS FITZPATRICK  )<br>  )<br>Defendants.  )  | Case No. 1:05CV01436<br><br>Judge Ricardo M. Urbina |

### NOTICE OF DISMISSAL

Plaintiff, General Growth Properties, Inc., pursuant to Federal Rule 41(a)(1), hereby dismisses this action WITH PREJUDICE.

Dated: January 9, 2006

                Respectfully submitted,

                GENERAL GROWTH PROPERTIES, INC.

                By:   /s/ Alexander J. May
                         One of Its Attorneys

Alexander J. May
Bar # 454990
Brassel, Baldwin, Kagan & May, P.A.
112 West Street
Annapolis, MD 21401
(410) 216-7900

*Pro Hac Vice*:

Eric N. Macey
Vincent M. Roche
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he caused a copy of the foregoing to be served on all counsel of record on the 9th day of January, 2006.


                                                    /s/ Alexander J. May
                                                    Alexander J. May